Case 3:20-cr-00042-PDW *SEALED* Document 39 Filed 02/20/20 Page 1 of 2

Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

RECEIVED
UNITED STATES MARSHALS

FEB 20 2020

DISTRICT OF NORTH DAKOTA

United States of America
v.
Grayson Dye

Defendant

Case No. 3:20-cr-42-11

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested)   Grayson Dye
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance; Forfeiture Allegation

Date: 02/20/2020

/s/ Jackie Stewart
*Issuing officer's signature*

Jackie Stewart, Deputy Clerk
*Printed name and title*

City and state: Fargo, ND

### Return

This warrant was received on (date) 2/20/2020, and the person was arrested on (date) 7/23/2020
at (city and state) Rugby, ND

Date: 7/23/2020

*Arresting officer's signature*

Jarrod Biedl(?)
*Printed name and title*