IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GRAYSON DYE,<br><br>　　　　Defendant. | Case No. 3:20-cr-00042-11<br><br>**APPLICATION FOR WRIT<br>OF HABEAS CORPUS** | RECEIVED<br>U.S. MARSHALS SERVICE<br>DISTRICT OF NORTH DAKOTA<br>2020 JUL 17 AM 10: 42 |

The undersigned attorney hereby applies to the Court for the issuance of a *Writ of Habeas Corpus* Ad Prosequendum.

Name of detainee:  Grayson Dye
Detained at (custodian) Heart of America, Rugby, ND
Detainee is charged in this District by Indictment.
Detainee will be retained in federal custody until final disposition of federal charges.

Appearance is necessary at the Federal Courthouse in Grand Forks, North Dakota, on July 23, 2020, at 11:30 a.m., for the purpose of an initial appearance and arraignment.

Attorney Signature:　　　　　　　/s/ DAWN M. DEITZ
Printed Name and Telephone Number:　DAWN M. DEITZ, 701-297-7400
Dated: July 17, 2020　　　　　　　Attorney of Record for the United States

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The above application is **GRANTED** and the above-named custodian, as well as the United States Marshal for this District, or any other duly-sworn federal officer or agent, are hereby **ORDERED** to produce the named detainee, on the date and time recited above, and **RETAIN** said detainee for all further proceedings as ordered by the Court, after which the detainee shall be **RETURNED** to the original custodian.

Dated:

　　　　　　　　　　　　　/s/ Alice R. Senechal
　　　　　　　　　　　　　Magistrate Judge Alice R. Senechal
　　　　　　　　　　　　　United States District Court

### RETURN OF SERVICE

7/23/2020　　By: JARROD BIRCHLER　　　　[signature]
Date Executed　　　　Printed Name　　　　　　　Signature